UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FUTIA, | Case No.: C 11-0390PSG |
| Plaintiff, | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ANTHONY TRAINA, et al., | |
| Defendants. | |

Plaintiff filed this action on January 26, 2011. Pursuant to the Scheduling Order for Cases Asserting Denial of Right of Access Under Americans with Disabilities Act (the "Scheduling Order"), no later than June 20, 2011 Plaintiff is required to file a "Notice of Need for Mediation." Generally, mediation should be completed within 90 days after such notice is filed. Pursuant to the Scheduling Order, within seven days after the mediation, Plaintiff is required to request a case management conference. Thus, the court finds it appropriate to schedule a case management conference to occur approximately two weeks after the last day for the mediation. Therefore,

IT IS HEREBY ORDERED that the parties shall appear at 2:00 p.m. on October 4, 2011 for a case management conference.[1] The parties shall file their joint case management statement

---

[1] This order is without prejudice to any party moving to advance the case management conference date if the parties complete their site inspection and mediation more quickly than allowed in the scheduling order.

seven calendar days before the case management conference.

    IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this order on Defendants no later than the date of the joint site inspection.

Dated: February 1, 2011

                                                    _____
                                                  PAUL S. GREWAL
                                                  United States Magistrate Judge